# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN L. FORTSON,<br><br>Plaintiff,<br><br>v.<br><br>CITY ATTORNEY OFFICE OF LOS ANGELES, et al.,<br><br>Defendants. | Case No. CV 12-5256-MWF (SP)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE, AND STRIKING PROPOSED FIRST AMENDED COMPLAINT** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which plaintiff has objected. The Court has also considered the proposed first amended complaint plaintiff lodged at the same time he filed his objections.

The Court accepts the findings and recommendation of the Magistrate Judge. In addition, because the proposed first amended complaint plaintiff lodged includes defendants whom the Court is dismissing with prejudice, the Court does not grant plaintiff leave to file this proposed first amended complaint and instead will strike it.

IT IS THEREFORE ORDERED:

1.      The State Defendants' Motion to Dismiss (docket no. 26) and the City Defendants' Motion to Dismiss (docket no. 28) are GRANTED;

2.      The following defendants are DISMISSED WITH PREJUDICE: California Department of Justice, Division of Law Enforcement, Bureau of Firearms ("BOF"); Los Angeles City Attorney's Office; Carmen Trutanich; Bernie Brown; Malaika Cole; Alin Sahagian; Gregory Dorfman; Higa (official capacity only); Torres (official capacity only); Mejia (official capacity only); and Carol Parszik (official capacity only);

3.      The remaining defendants and claims are DISMISSED WITHOUT PREJUDICE and with leave to amend;

4.      The proposed first amended complaint (docket no. 54) is STRICKEN; and

5.      Within 30 days of the date of this Order, plaintiff may file a new First Amended Complaint to cure the deficiencies discussed in the Report and Recommendation, and in conformity with that Report.  Plaintiff may not name as a defendant in the First Amended Complaint any defendant who has been dismissed with prejudice.  If plaintiff chooses to file a First Amended Complaint, plaintiff must clearly designate on the face of the document that it is the "First Amended Complaint," it must bear the docket number of this case, and it must be retyped or rewritten in its entirety.  The First Amended Complaint must be complete, in and of itself, without reference to the Complaint or any other pleading, attachment, or document.  Any claim that was raised in a preceding complaint is waived if it is not raised again in the First Amended Complaint.

DATED: April 5, 2013

_____
HON. MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE