JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BENJAMIN L. FORTSON,**<br><br>Plaintiff,<br><br>v.<br><br>**CITY ATTORNEY OFFICE OF LOS ANGELES, ET AL.,**<br><br>Defendants. | CV12-05256 MWF (SP)<br><br>**STIPULATED JUDGMENT**<br><br>Courtroom: 3<br>Judge: Michael W. Fitzgerald<br>Magistrate Judge: Sheri Pym<br>Trial Date: None<br>Action Filed: 6/15/2012 |

Plaintiff BENJAMIN L. FORTSON, Defendants RICHARD TOMPKINS, KOSAL BUN, STEVEN ROSS, VICTOR BROWN and GERARDO HERNANDEZ (City Defendants), and Defendants CALIFORNIA BUREAU OF FIREARMS SPECIAL AGENTS E. HIGA, J. MEJIA, J. TORRES AND SUPERVISING SPECIAL AGENT SUPERVISOR C. PARSZIK (State Defendants, collectively, the Parties) hereby stipulate to entry of judgment as follows:

1. All remaining causes of action (unlawful search and seizure of apartment) are dismissed <u>without prejudice</u>.

1

If Plaintiff is successful challenging the previously-dismissed causes of action[1] and parties[2] on appeal, such that the case returns to the District Court Level, any statute of limitations issue regarding the currently remaining causes of action (unlawful search and seizure of apartment) is deemed waived, and the case may proceed in its entirety.

2. The following defendants are DISMISSED WITH PREJUDICE:

California Department of Justice, Division of Law Enforcement, Bureau of Firearms; ("BOF"); Los Angeles City Attorney's Office; Carmen Trutanich; Bernie Brown; Malaika Cole; Alin Sahagian; Gregory Dorfman; E. Higa (official capacity only); Torres (official capacity only); Mejia (official capacity only); and Carol Parszik (official capacity only).

3. IT IS FURTHER ADJUDGED that the following defendants are
   DISMISSED WITHOUT PREJUDICE, but without leave to amend:

Rick Tompkins (official capacity only); Kosal Bun; Officer Wong (official capacity only); Officer Hernandez (official capacity only); and Officer Ross (official capacity only).

4. IT IS FURTHER ADJUDGED that the following claims are
   DISMISSED WITHOUT PREJUDICE, but without leave to amend:

5. Plaintiff's claims for violation of the Second Amendment, for failure to
   read *Miranda* warnings, for unlawful arrest, and for malicious prosecution.

IT IS SO ADJUDGED.

DATED: March 17, 2015

HON. MICHAEL W. FITZGERALD

---

[1] Specifically, Plaintiff's Second Amendment, Failure to read *Miranda* warnings, unlawful arrest and malicious prosecution claims

[2] Specifically, California Department of Justice, Division of Law Enforcement, Bureau of Firearms; ("BOF"); Los Angeles City Attorney's Office; Carmen Trutanich; Bernie Brown; Malaika Cole; Alin Sahagian; Gregory Dorfman; E. Higa (official capacity only); Torres (official capacity only); Mejia (official capacity only); and Carol Parszik (official capacity only); Rick Tompkins (official capacity only); Kosal Bun; Officer Wong (official capacity only); Officer Hernandez (official capacity only); and Officer Ross (official capacity only)